**JAMES R. FROCCARO, JR.**
Attorney at Law
20 Vanderventer Avenue, Suite 103W
Port Washington, NY 11050
telephone: (516) 944-5062
fax: (516) 944-5066
email: JRFESQ61@aol.com

April 11, 2012

<u>BY ECF & U.S. MAIL</u>
Hon. Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: <u>United States v. Lance Schoner</u>
       11 Cr 486 (S-1) (DLI)

Dear Judge Irizarry:

  Mr. Schoner is charged in Count Nine of the Indictment with money laundering conspiracy.  He is not charged in any other count of the Indictment, including the continuing criminal enterprise, narcotics importation, exportation and distribution conspiracies counts.  There are criminal forfeiture allegations with respect to Count Nine.  In the event, that Mr. Schoner is convicted of Count Nine, the government has notified him that it will seek forfeiture of his marital residence, located at 24 Seagull Lane, in Lincroft, New Jersey ("the marital residence").  The marital residence is owned by both Mr. Schoner and his wife, Cara.

  When Mr. Schoner was released on a $5 million Appearance Bond in this matter, Chief Magistrate Judge Gold ordered that the Schoner's marital residence be used to secure, in part, his Bond, along with a

1

number of other properties and assets owned by his loved ones.  And, a lien was subsequently filed against this property in favor of the government.  The Schoner's can no longer afford to maintain this property.  Rather than remain in the premises and have the property fall into foreclosure during the pendency of this matter, the Schoner's have opted, instead, to sell the property for fair market value - with the knowledge and consent of the government.  The net proceeds from the sale - estimated to be in excess of one-quarter of a million dollars - are to be deposited in an interest bearing account with the United States Marshal's Service for the Eastern District of New York, pending further Order of this Court.  It is my understanding that the government will also be filing with Your Honor, a Stipulation and Order regarding the sale.

      By this letter, I am respectfully requesting that the Schoner's marital residence be released as security for the Bond, and that the net proceeds from the sale to be deposited with the U.S. Marshal's Service also be pledged as additional security for the Bond in place and stead of this property.

      The government has consented to this bail modification request.

Respectfully submitted,

/JRF/

James R. Froccaro, Jr.

JRF:tp