# CRIMINAL CAUSE FOR PLEADING

**BEFORE:** MAGISTRATE JUDGE AZRACK      **DATE:** 6/3/13
USA v. Thaqi et al      11-CR-486 (DLI)

**DEFENDANT'S NAME:** Lance Schoner
     _X_ present    __ not present   __ custody   _X_ bail

**DEFENSE COUNSEL:** James Froccaro
     _X_ present    __ not present    __ CJA   _ RET   __ PDA

**AUSA:** Gina Parlovecchio      **LAW CLERK:** Michelle Minarcik

**INTERPRETER:** None      **Language:** _____

**FTR:** 12:18:26–12:39:10

- _X_ CASE CALLED
- _X_ DEFENDANT: _X_ SWORN _X_ INFORMED OF RIGHTS
- ___ WAIVER OF INDICTMENT EXECUTED FOR DEFENDANT
- ___ INFORMATION FILED
- ___ DEFT. FAILED TO APPEAR, BENCH WARRANT ISSUED
- _X_ DEFT. WITHDRAWS NOT GUILTY PLEA AND ENTERS GUILTY PLEA TO COUNT 9 OF THE SUPERSEDING INDICTMENT
- _X_ COURT FINDS FACTUAL BASIS FOR THE PLEA
- _X_ SENTENCING SET FOR: To be set by Judge Irizarry
- ___ SENTENCING TO BE SET BY PROBATION
- _X_ BAIL: __ SET _X_ CONT'D FOR DEFT. ___ CONT'D IN CUSTODY
- _X_ TRANSCRIPT ORDERED

OTHER: Pursuant to Federal Rule 11 of Criminal Procedure, the Magistrate did administer the allocution. A finding has been made that the plea was made knowingly and voluntarily and the plea was not coerced. The Magistrate recommends the plea of guilty be accepted.