

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*

*Brooklyn, N.Y. 11201*

September 20, 2013

**By Email**
John J. Lanigan
United States Probation Officer
Eastern District of New York

      Re:  United States v. Lance Schoner
           Criminal Docket No. 11-486 (DLI)

Dear Officer Lanigan:

      The government respectfully submits this letter pursuant to Fed. R. Crim. P. 32(f) to advise the Probation Department of the government's proposed corrections in the Presentence Investigation Report ("PSR") for the above-referenced defendant, who is scheduled to be sentenced on October 17, 2013. The government has no objections or proposed corrections to the PSR.

      Respectfully submitted,

      LORETTA E. LYNCH
      United States Attorney
      Eastern District of New York

By: _____/s/_____
      Gina M. Parlovecchio
      Assistant United States Attorney
      (718) 254-6228

cc:  James Froccaro, Esq. (by ECF)
     The Honorable Dora L. Irizarry (by Hand and ECF)