U.S. PRETRIAL SERVICES AGENCY ☆ EASTERN DISTRICT OF NEW YORK

## PRETRIAL SUPERVISION STATUS REPORT

| Name of Defendant: | | |
|---|---|---|
| Lance Schoner | | |
| **Presiding Judge:** Dora L. Irizarry | **Date of Hearing:** October 17, 2013 | **Type of Hearing:** Sentencing |
| **Docket Number:** 11 CR 486 | **Date of Initial Appearance:** July 13, 2011 | **Date of Release:** August 3, 2011 |

### SUMMARY OF RELEASE INFORMATION:

This defendant was released by Chief United States Magistrate Judge Steven M. Gold on August 3, 2011 on a $5,000,000 cosigned and secured bond with the following additional release conditions: travel restricted to the Eastern District of New York and New Jersey; surrender all passports and do not re-apply; subject to random home visits by Pretrial Services; report as directed to Pretrial Services; no contact with co-defendants unless in the presence of counsel; subject to home detention with location monitoring with time outs for court appearances, attorney meetings, medical emergencies, and accompany and stay with wife during childbirth and while she is with the child in the hospital; and must pay the cost of location monitoring. On or about June 28, 2013, Your Honor granted a request to modify the home detention condition to a curfew as directed by Pretrial Services.

### COMPLIANCE WITH RELEASE CONDITIONS:

This defendant has been in compliance with his release conditions and has not been the subject of any violations.

### UPDATED SOCIAL INFORMATION:

This defendant continues to reside at 12 Center Street, Lakehurst, New Jersey 08733. He is also working in a management role at Luigi's Restaurant at 21 Union Avenue, Lakehurst, New Jersey. There has been no significant change in his mental or physical health since the time of the initial Pretrial Services bail report.

### VERIFICATION OF COMMUNITY TIES:

The last office visit was September 30, 2013 and the last home visit was September 23, 2013. The defendant has been providing residence and employment verification as directed by Pretrial Services.

### ADJUSTMENT TO SUPERVISION:

This defendant successfully adjusted to supervision and no significant issues were identified during the supervision period.

## CRIMINAL RECORD CHECK:

A criminal record check conducted on October 11, 2013 revealed no new arrests, criminal activity, or warrants for this defendant since the time of the initial Pretrial Services bail report.

## REASSESSMENT OF RISKS:

Pretrial Services has not identified any additional risks of danger or flight other than those identified in the initial Pretrial Services bail report.

## CONDITIONS TO CONSIDER AT SENTENCING:

Should Your Honor sentence the defendant to a period of incarceration, Pretrial Services feels he can be given a voluntary surrender date based on his above-noted compliance.

## REQUEST TO MODIFY CONDITIONS OF RELEASE:

There is no request to modify bail conditions at this time.

## COMMENTS:

Submitted by:

Michael Ilaria

U.S. Pretrial Services Officer

Approved by:

Ignace Sanon-Jules

Supervising U.S. Pretrial Services Officer

Date:   October 11, 2013